HAMILTON BROWN SHOE COMPANY, Appellant, v. STIX, BAER & FULLER CO. et al.

No. 11187.

Circuit Court of Appeals, Eighth Circuit.

Nov. 12, 1938.

Albert J. McCauley and Lyon Anderson, both of St. Louis, Mo., for appellant.

Ralph Kalish, of St. Louis, Mo., Hector M. Holmes, of Boston, Mass., and War-

ren H. F. Schmieding, of Columbus, Ohio, for appellees.

PER CURIAM.

Appeal dismissed pursuant to dismissal filed by appellant.